■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAN KWONG YEUNG, Also Known as JACKY YEUNG, Appellant. [629 NYS2d 710] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contention that County Court erred in submitting a verdict sheet to the jury that omitted any reference to the defense of justification *(see, People v Alpheaus,* 207 AD2d 1002, *lv denied* 84 NY2d 1008; *People v Alexander,* 190 AD2d 1052, 1053, *lv denied* 81 NY2d 967). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice

*(see,* CPL 470.15 [6] [a]). There is no merit to the contention of defendant that he was deprived of a fair trial by undue influence or misconduct on the part of one of the jurors *(cf., People v Legister,* 75 NY2d 832; *People v Brown,* 48 NY2d 388). (Appeal from Judgment of Onondaga County Court, Burke, J.— Murder, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.